JOSEPH DART et al., Respondents, *v* WILLIAM C. FITCH,
Appellant.

(Argued May 27, 1879; decided June 3, 1879.)

*Samuel Hand* for appellant.

*Henry H. Seymour* for respondents.

AGREE to affirm without opinion.

All concur.

Order affirmed.